| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) WOODS, KAY | 2. Court or Organization BANKRUPTCY- N. D. OHIO | 3. Date of Report 05/06/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

NATHANIEL R. JONES FED. BLDG.
10 EAST COMMERCE STREET
YOUNGSTOWN, OH 44503

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | OHIO STATE UNIVERSITY MORITZ COLLEGE OF LAW NATIONAL COUNCIL (NO COMPENSATION OR REIMBURSEMENTS RECEIVED) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | BOYD, RUMMELL, CARACH, CURRY, KAUFMANN & BINS-CASTRONOVO, LPA - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CLEVELAND METROPOLITAN BAR ASSOCIATION | 5/20/2014 - 5/21/2014 | CLEVELAND, OH | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC ORGANIZATION | TRAVEL AND MEALS |
| 2. | AMERICAN BANKRUPTCY INSTITUTE | 7/31/2014 - 8/3/2014 | CAMBRIDGE, MD | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC ORGANIZATION | TRAVEL, LODGING AND MEALS |
| 3. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 10/7/2014 - 10/10/2014 | CHICAGO, IL | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC ORGANIZATION | TRAVEL, LODGING AND MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| **WOODS, KAY** | 05/06/2015 |

4. ALLEGHENY COUNTY BAR ASSOCIATION | 12/4/2014 - 12/5/2014 | PITTSBURGH, PA | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC ORGANIZATION | TRAVEL, LODGING AND MEALS

5.

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNCBANK, NATIONAL ASSOCIATION | A | Interest | K | T | | | | | |
| 2. UNITED COMMUNITY FINANCIAL CORP. | A | Dividend | K | T | | | | | |
| 3. NATIONWIDE LIFE INSURANCE CO | A | Interest | J | T | | | | | |
| 4. NORTHWESTERN MUTUAL- WHOLE LIFE POLICY #10068906 | B | Dividend | K | T | | | | | |
| 5. NORTHWESTERN MUTUAL- WHOLE LIFE POLICY #10804244 | C | Dividend | K | T | | | | | |
| 6. US SAVINGS BOND (Y) | | | | | | | | | |
| 7. TALMER BANK STOCK (FORMERLY FIRST PLACE BANK STOCK) | | None | J | T | | | | | |
| 8. TALMER BANK - 4644 (FORMERLY FIRST PLACE BANK ACCOUNT #2) | A | Interest | M | T | | | | | |
| 9. TALMER BANK - 2139 (FORMERLY FIRST PLACE BANK ACCOUNT #1) | A | Interest | J | T | | | | | |
| 10. TALMER BANK - 2652 (FORMERLY FIRST PLACE BANK ACCOUNT #3) | A | Interest | J | T | | | | | |
| 11. TALMER BANK - 4426 (FORMERLY FIRST PLACE BANK ACCOUNT #4) | A | Interest | J | T | | | | | |
| 12. JOHN HANCOCK LIFE INSURANCE COMPANY | A | Interest | J | T | | | | | |
| 13. AXA EQUITABLE LIFE INSURANCE CO. | A | Interest | J | T | | | | | |
| 14. | A | Distribution | | | | | | | |
| 15. PRUDENTIAL LIFE INSURANCE CO. (LIFE INSURANCE) | A | Interest | J | T | | | | | |
| 16. PRUDENTIAL LIFE INSURANCE CO. (STOCK) | A | Dividend | J | T | | | | | |
| 17. MANULIFE FINANCIAL CORPORATION (LIFE INSURANCE) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MANULIFE FINANCIAL CORPORATION (STOCK) | A | Dividend | J | T | | | | | |
| 19. FIDELITY TRADITIONAL IRA (H) | | | | | | | | | |
| 20. -FIDELITY BALANCED | D | Dividend | M | T | | | | | |
| 21. -FIDELITY EQUITY INCOME | D | Dividend | L | T | | | | | |
| 22. -FIDELITY STRATEGIC INCOME | B | Dividend | K | T | | | | | |
| 23. -FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 24. FIDELITY - INDIVIDUAL ACCOUNT (H) | | | | | | | | | |
| 25. -FIDELITY BALANCED | A | Dividend | K | T | | | | | |
| 26. -FIDELITY EQUITY INCOME | A | Dividend | K | T | | | | | |
| 27. -FIDELITY STRATEGIC INCOME | A | Dividend | J | T | | | | | |
| 28. SCHWAB ACCOUNT #1 (H) | | | | | | | | | |
| 29. -ISHARES GOLDMAN SACHS TECHNOLOGY INDEX | A | Dividend | K | T | | | | | |
| 30. -SPDR HEALTH CARE SELECT SECTOR | A | Dividend | J | T | | | | | |
| 31. -RYDEX S&P EQUAL WEIGHT FINANCIAL | A | Dividend | J | T | Buy (add'l) | 10/09/14 | J | | |
| 32. -SELECT SPDR CONSUMER DISCRETIONARY | A | Dividend | J | T | Sold (part) | 04/10/14 | J | A | |
| 33. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 34. -SPDR INDUSTRIAL SELECT SECTOR | A | Dividend | J | T | Sold (part) | 01/09/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/10/14 | J | A | |
| 36.  -SECTOR SPDR CONSUMER STAPLES | A | Dividend | J | T | | | | | |
| 37.  -SPDR ENERGY SELECT SECTOR | A | Dividend | J | T | | | | | |
| 38.  -ISHARES DOW JONES US AEROSPACE & DEF | A | Dividend | J | T | | | | | |
| 39.  -FIRST TRUST MATERIALS ALPHADEX | A | Dividend | J | T | Sold (part) | 10/09/14 | J | A | |
| 40.  -VANGUARD TELECOMMUNICATION SERVICES | A | Dividend | J | T | | | | | |
| 41.  -S&P MIDCAP 400 | A | Dividend | J | T | | | | | |
| 42.  -ISHARES S&P MID-CAP 400 GROWTH | A | Dividend | J | T | | | | | |
| 43.  -ISHARES S&P SMALLCAP 600 INDEX | A | Dividend | J | T | | | | | |
| 44.  -S&P SMALL CAP 600 | A | Dividend | J | T | | | | | |
| 45.  -MSCI EMU INDEX | A | Dividend | K | T | Buy (add'l) | 10/09/14 | J | | |
| 46. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 47. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 48.  -MSCI UNITED KINGDOM | A | Dividend | J | T | Buy (add'l) | 10/09/14 | J | | |
| 49.  -MSCI PAC EX JAPN | A | Dividend | J | T | Buy (add'l) | 01/09/14 | J | | |
| 50.  -VANGUARD WORLD EX SMALL CAP | A | Dividend | J | T | Buy (add'l) | 01/09/14 | J | | |
| 51.  -MSCI CANADA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -VANGUARD EMERGING MKT | A | Dividend | J | T | | | | | |
| 53. -POWERSHARES DWA EMERGING MARKETS | A | Dividend | J | T | Buy (add'l) | 01/09/14 | J | | |
| 54. -VANGUARD MORTGAGE BACKED SECURITIES INDEX | A | Dividend | K | T | | | | | |
| 55. -BARCLAYS INTERMEDIATE | A | Dividend | K | T | | | | | |
| 56. -BARCLAYS BOND 3-7 YEAR TREASURY BOND | A | Dividend | J | T | | | | | |
| 57. -SPDR BARCLAYS CAPITAL SHORT TERM HIGH YIELD BOND | A | Dividend | J | T | Buy | 07/09/14 | J | | |
| 58. -VANGUARD REIT INDEX ETF | A | Dividend | J | T | Buy (add'l) | 01/09/14 | J | | |
| 59. -IQ HEDGE MULTI-STRATEGY TRACKER | A | Dividend | K | T | Buy (add'l) | 04/10/14 | J | | |
| 60. -AQR N MANAGED FUTURES | A | Dividend | J | T | Buy (add'l) | 12/19/14 | J | | |
| 61. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 62. -WASATCH LONG/SHORT | A | Dividend | J | T | Buy (add'l) | 12/29/14 | J | | |
| 63. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 64. -AQR DIVERSIFIED ARBITRAGE I | A | Dividend | J | T | Buy (add'l) | 12/19/14 | J | | |
| 65. -SCHWAB US TREASURY MONEY FUND | A | Dividend | K | T | | | | | |
| 66. -ISHARES DOW JONES US REGIONAL BANKS | A | Dividend | | | Buy | 01/21/14 | J | | |
| 67. | | | | | Sold | 10/09/14 | J | | |
| 68. -ISHARES MSCI GERMANY INDEX | A | Dividend | | | Sold | 09/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | -POWERSHARES DYNAMIC MEDIA PORTFOLIO | A | Dividend | | | Sold | 10/07/14 | J | A | |
| 70. | -SPDR KBW INSURANCE | A | Dividend | | | Sold | 01/21/14 | J | A | |
| 71. | -POWERSHARES FUNDAMENTAL HIGH YIELD | A | Dividend | | | Sold | 07/09/14 | J | A | |
| 72. | -POWERSHARES DEB COMMODITY INDEX TRACKING | A | Dividend | | | Sold | 04/10/14 | J | A | |
| 73. | SCHWAB IRA ROLLOVER ACCOUNT #2 (H) | | | | | | | | | |
| 74. | -ISHARES GOLDMAN SACHS TECHNOLOGY INDEX | A | Dividend | K | T | Sold (part) | 04/10/14 | J | A | |
| 75. | | | | | | Buy (add'l) | 04/24/14 | J | | |
| 76. | | | | | | Sold (part) | 07/09/14 | J | A | |
| 77. | -SECTOR SPDR HEALTHCARE | A | Dividend | K | T | Buy (add'l) | 04/10/14 | J | | |
| 78. | | | | | | Sold (part) | 10/09/14 | J | A | |
| 79. | -SELECT SPDR CONSUMER DISCRETIONARY | A | Dividend | K | T | Sold (part) | 04/10/14 | J | B | |
| 80. | | | | | | Buy (add'l) | 10/09/14 | J | | |
| 81. | -RYDEX S&P 500 EQUAL WEIGHT FINANCIAL ETF | A | Dividend | K | T | | | | | |
| 82. | -SECTOR SPDR INDUSTRIAL | A | Dividend | K | T | Sold (part) | 01/09/14 | J | B | |
| 83. | | | | | | Sold (part) | 04/10/14 | J | B | |
| 84. | -SECTOR SPDR CONSUMER STAPLES | A | Dividend | K | T | Sold (part) | 04/10/14 | J | A | |
| 85. | -SECTOR SPDR ENERGY | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -FIRST TRUST MATERIALS ALPHADEX | A | Dividend | J | T | Sold (part) | 04/10/14 | J | A | |
| 87. -ISHARES DOW JONES US AEROSPACE & DEF | A | Dividend | J | T | Sold (part) | 10/09/14 | J | A | |
| 88. -ISHARES PHLX SOX SEMICONDUCTOR | A | Dividend | J | T | Buy | 07/09/14 | J | | |
| 89. -ISHARES DOW JONES US REGIONAL BANKS | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 90. -VANGUARD TELECOMMUNICATION SERVICES | A | Dividend | J | T | | | | | |
| 91. -S & P MIDCAP 400 | A | Dividend | K | T | Sold (part) | 04/10/14 | J | A | |
| 92. -S & P MIDCAP 400 ETF | A | Dividend | K | T | Sold (part) | 04/10/14 | J | A | |
| 93. -S & P SMALL CAP 600 | A | Dividend | K | T | Sold (part) | 04/10/14 | J | A | |
| 94. -ISHARES S&P SMALL CAP 600 INDEX | A | Dividend | K | T | Sold (part) | 04/10/14 | J | A | |
| 95. -MSCI EMU INDEX | A | Dividend | K | T | Buy (add'l) | 04/10/14 | J | | |
| 96. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 97. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 98. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 99. -MSCI UNITED KINGDOM | B | Dividend | K | T | Buy (add'l) | 04/10/14 | J | | |
| 100. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 101. -MSCI PAC EX JAPN | A | Dividend | K | T | Buy (add'l) | 01/09/14 | J | | |
| 102. | | | | | Buy (add'l) | 04/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -VANGUARD WORLD EX SMALL CAP | A | Dividend | J | T | Buy (add'l) | 04/10/14 | J | | |
| 104. -MSCI CANADA | A | Dividend | J | T | | | | | |
| 105. -VANGUARD EMERGING MARKET | A | Dividend | K | T | Buy (add'l) | 01/09/14 | J | | |
| 106. -POWERSHARES DWA EMERGING MARKETS | A | Dividend | K | T | Buy (add'l) | 01/09/14 | J | | |
| 107. -VANGUARD MORTGAGE BACKED SECURITIES INDEX | A | Dividend | J | T | Buy (add'l) | 01/09/14 | J | | |
| 108. -BARCLAYS INTERMEDIATE | A | Dividend | J | T | | | | | |
| 109. -BARCLAYS BOND 3-7 YR | A | Dividend | J | T | | | | | |
| 110. -SPDR BARCLAYS CAPITAL SHORT TERM HIGH YIELD BOND | A | Dividend | J | T | Buy | 07/09/14 | J | | |
| 111. -VANGUARD REIT INDEX EFT | A | Dividend | J | T | | | | | |
| 112. -IQ HEDGE MULTI-STRATEGY TRACKER | A | Dividend | L | T | Buy (add'l) | 01/09/14 | J | | |
| 113. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 114. -AQR N MANAGED FUTURES | A | Dividend | K | T | Buy (add'l) | 04/10/14 | J | | |
| 115. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 116. -WASATCH LONG/SHORT | A | Dividend | K | T | Buy (add'l) | 04/10/14 | J | | |
| 117. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 118. -AQR DIVERSIFIED ARBITRAGE I | A | Dividend | J | T | Buy (add'l) | 12/19/14 | J | | |
| 119. -SCHWAB US TREASURY MONEY FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -FIRST TRUST DOW JONES INTERNET INDEX | A | Dividend | | | Sold | 04/24/14 | J | A | |
| 121. -ISHARES DOW JONES US HOME CONSTRUCTION | A | Dividend | | | Buy | 02/11/14 | J | | |
| 122. | | | | | Sold | 10/09/14 | J | | |
| 123. -MSCI GERMANY | A | Dividend | | | Buy (add'l) | 04/10/14 | J | | |
| 124. | | | | | Sold | 09/24/14 | J | A | |
| 125. -ISHARES NASDAQ BIOTECHNOLOGY INDEX | A | Dividend | | | Sold | 03/21/14 | J | B | |
| 126. -POWERSHARES DYNAMIC MEDIA PORTFOLIO | A | Dividend | | | Buy (add'l) | 07/09/14 | J | | |
| 127. | | | | | Sold (part) | 10/07/14 | J | | |
| 128. | | | | | Sold | 10/07/14 | J | B | |
| 129. -SPDR KBW INSURANCE | A | Dividend | | | Sold | 01/21/14 | J | A | |
| 130. -POWERSHARES FUNDAMENTAL HIGH YIELD CORP | A | Dividend | | | Buy (add'l) | 04/10/14 | J | | |
| 131. | | | | | Sold | 07/09/14 | J | A | |
| 132. -POWERSHARES DEB COMMODITY INDEX | A | Dividend | | | Sold | 04/10/14 | J | B | |
| 133. STIFEL NICOLAUS - INDIVIDUAL ACCOUNT (H) | | | | | | | | | |
| 134. -STIFEL NICOLAUS MONEY MARKET | A | Dividend | K | T | | | | | |
| 135. - AT&T INC | A | Dividend | K | T | Buy (add'l) | 04/08/14 | J | | |
| 136. -AMERICAN INTERNATIONAL GROUP INC NEW | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -APPLIED MATERIALS INC | A | Dividend | J | T | | | | | |
| 138. -BANKMONTREAL QUEBEC | A | Dividend | K | T | Buy | 04/08/14 | K | | |
| 139. -CITIGROUP INC NEW | A | Dividend | J | T | | | | | |
| 140. -COMCAST CORP CLASS A NEW | A | Dividend | J | T | | | | | |
| 141. -CONOCOPHILLIPS | B | Dividend | K | T | | | | | |
| 142. -DIEBOLD INC | A | Dividend | J | T | | | | | |
| 143. -FREEPORT MCMORAN INC | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 144. -INTEL CORP | A | Dividend | J | T | | | | | |
| 145. - MERCK & COMPANY INC NEW | A | Dividend | J | T | | | | | |
| 146. -MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 147. -PEPSICO INC | A | Dividend | K | T | | | | | |
| 148. -PFIZER INC | A | Dividend | J | T | | | | | |
| 149. -POTASH CORP SASK INC | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 150. -PROCTER & GAMBLE COMPANY | A | Dividend | K | T | | | | | |
| 151. -SMUCKER JM COMPANY NEW | A | Dividend | J | T | | | | | |
| 152. -UNITEDHEALTH GROUP INC | A | Dividend | K | T | | | | | |
| 153. -VODAFONE GRP PLC NEW ADR | A | Dividend | J | T | Buy | 04/08/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.   -YUM BRANDS INC | A | Dividend | J | T | | | | | |
| 155.   -UNIVERSITY CINCINNATI OH GEN RCPTS SER F B/E OID | A | Interest | J | T | | | | | |
| 156.   -DAYTON OH ARPT REV IMPT JM COX DAYTON INTL A B/E OID | A | Interest | J | T | | | | | |
| 157.   -CLEVELAND OH ARPT SYS REV SER C RMKTED | A | Interest | J | T | | | | | |
| 158.   -COLUMBUS OH SEWER REV SYS SER A | A | Interest | J | T | | | | | |
| 159.   -UNIVERSITY AKRON OH GEN RCPTS SER A AMBAC OID | A | Interest | | | Redeemed | 09/11/14 | J | | |
| 160.   -FRNKLN OH HC FACS RV REF & IMPT PRSBYTRN A RADIAN | A | Interest | J | T | | | | | |
| 161.   -MONTGOMERY CNTY OH REV CATHOLIC HEALTH D | A | Interest | J | T | | | | | |
| 162.   -CINCINNATI OH ECON DEV REV BALDWIN 300 PJ SER B | A | Interest | J | T | | | | | |
| 163.   -FRANKLIN CNTY OH HOSP REV IMPT CHILDRENS HOSP | A | Interest | J | T | | | | | |
| 164.   -OHIO STATE HIGHER EDL FAC COMMN REV HOSP UNIV HLTH SYS | A | Interest | J | T | | | | | |
| 165.   -CLEVELAND OH ST UNIV GENL RCPTS SER A | A | Interest | J | T | | | | | |
| 166.   -FRANKLIN CNTY OH REV RFDG TRINITY HLTH SER C | A | Interest | J | T | | | | | |
| 167.   -MARYSVILLE OH WASTEWATER TREATMENT SYS REV | A | Interest | J | T | | | | | |
| 168.   -MONTGOMERY CNTY OH REV CATHOLIC HEALTH | A | Interest | J | T | | | | | |
| 169.   -OHIO ST HIGH EDL FAC COMMN REV SUMMA HLTH | A | Interest | J | T | | | | | |
| 170.   -OHIO ST HIGH EDL FAC COMMN REV KENYON CLLG | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -MARYSVILLE OH WASTEWATER TREATMENT SYS REV | A | Interest | J | T | | | | | |
| 172. -EASTMAN KODAK COMPANY SENIOR NOTES (Y) | | | | | | | | | |
| 173. -SANOFI CONTINGENT RTS VALUE | | None | J | T | | | | | |
| 174. -AMERICAN INTL GROUP WTS | A | Dividend | J | T | | | | | |
| 175. -CLEVELAND OH ARPT SYS REV SER A AGM B/E PTC CPN 5% DUE | A | Interest | K | T | | | | | |
| 176. -OHIO ST HIGHER EDL FAC COMMON REV KENYON COLLEGE | A | Interest | J | T | | | | | |
| 177. -PHILLIPS 66 CUSIP 718546104 | A | Dividend | J | T | | | | | |
| 178. -EXPRESS SCRIPTS HOLDING COMPANY | | None | J | T | | | | | |
| 179. -OHIO ST AIR QLTY DEV AUTH REV RFDG POLLTN CTL FIRSTENERGY GENL A B/E | A | Interest | J | T | Buy | 03/24/14 | J | | |
| 180. -OHIO ST UNIV GENL RCPTS SER A REV B/E | A | Interest | K | T | | | | | |
| 181. -MIAMI UNIV OH REV GENL RCPTS B/E | A | Dividend | K | T | | | | | |
| 182. -EASTMAN KODAK COMPANY NEW (X) | A | Dividend | J | T | | | | | |
| 183. STIFEL NICOLAUS - IRA ACCOUNT (H) | | | | | | | | | |
| 184. -STIFEL NICOLAUS MONEY MARKET | A | Dividend | J | T | | | | | |
| 185. -APPLIED MATERIALS INC | A | Dividend | J | T | | | | | |
| 186. -BP PLC SPONSORED ADR | A | Dividend | K | T | Buy (add'l) | 04/08/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. –BRISTOL MYERS SQUIBB CO | A | Dividend | J | T | | | | | |
| 188. –CHESAPEAKE ENERGY CORP | A | Dividend | J | T | | | | | |
| 189. –CISCO SYSTEMS INC | A | Dividend | K | T | | | | | |
| 190. –DEERE & CO | A | Dividend | J | T | | | | | |
| 191. –DISNEY WALT CO | A | Dividend | L | T | | | | | |
| 192. –DOW CHEMICAL CO | A | Dividend | J | T | | | | | |
| 193. –EMC CORP MASS | A | Dividend | J | T | | | | | |
| 194. –ERICSSON LM TEL CO | A | Dividend | J | T | | | | | |
| 195. –GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 196. –HEWLeTT-PACKARD CO | A | Dividend | J | T | | | | | |
| 197. –HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 198. –INTEL CORP | A | Dividend | J | T | | | | | |
| 199. –JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 200. –LILLY ELI & CO | A | Dividend | J | T | | | | | |
| 201. –MARATHON OIL CORP | A | Dividend | J | T | | | | | |
| 202. –MERCK & CO INC NEW | A | Dividend | K | T | | | | | |
| 203. –MOTOROLA SOLUTIONS INC NEW | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 204. -ORACLE CORP | A | Dividend | J | T | | | | | |
| 205. -PEPSICO INC | A | Dividend | K | T | | | | | |
| 206. -PFIZER INC | A | Dividend | J | T | | | | | |
| 207. -PROCTER & GAMBLE CO | A | Dividend | K | T | | | | | |
| 208. -ROYAL DUTCH SHELL PLC SPONSORED ADR REPSTG A SHARES | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 209. -SEVENTY SEVEN ENERGY INC | A | Dividend | J | T | Spinoff (from line 188) | 07/01/14 | J | | |
| 210. | | | | | Sold (part) | 07/17/14 | J | | |
| 211. -TARGET CORP | A | Dividend | J | T | | | | | |
| 212. -WAL-MART STORES INC | A | Dividend | K | T | | | | | |
| 213. -EXPRESS SCRIPTS HOLDING COMPANY | A | Dividend | J | T | | | | | |
| 214. -MARATHON PETROLEUM CORP | A | Dividend | J | T | | | | | |
| 215. -CHENIERE ENERGY PARTNERS LP UNITS REPRESENTING LIMITED PARTNER INT. | A | Interest | J | T | Buy | 04/08/14 | J | | |
| 216. - ENERGY TRANSFER PARTNERS UNIT LTD PARTNERSHIP | A | Interest | J | T | Buy | 04/08/14 | J | | |
| 217. AMERICAN FUNDS - 401(K) ACCOUNT (H) | | | | | | | | | |
| 218. -AMCAP FUND-R3 | D | Dividend | M | T | | | | | |
| 219. -THE GROWTH FUND OF AMERICA-R3 | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. -EUROPACIFIC GROWTH FUND-R3 | A | Dividend | L | T | | | | | |
| 221. -THE INVESTMENT COMPANY OF AMERICA-R3 | D | Dividend | M | T | | | | | |
| 222. -CAPITAL WORLD GROWTH AND INCOME-R3 | B | Dividend | M | T | | | | | |
| 223. -CAPITAL INCOME BUILDER-R3 | B | Dividend | L | T | | | | | |
| 224. -THE BOND FUND OF AMERICA-R3 | A | Dividend | L | T | | | | | |
| 225. AMERICAN GENERAL LIFE SERVICES CO (X) | B | Interest | | | Closed | 06/30/14 | J | | |
| 226. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/06/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KAY WOODS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544